IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID N. FLYNN                                                                    PLAINTIFF

       V.                                          NO.  11-3018

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

<u>O R D E R</u>

       For the reason stated in the memorandum opinion of this date, the decision of the

Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The**

**parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


       IT IS SO ORDERED this June 20, 2012.


                                        */s/ J. Marschewski*
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        Chief United States Magistrate Judge




                                        +